UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80541-RLR

NELSON FERNANDEZ,

    Plaintiff,

v.

NATIONAL VISION, INC.,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Nelson Fernandez and Defendant National Vision, Inc. hereby stipulate to the dismissal with prejudice of this action.

Dated: July 8, 2024

Respectfully submitted,

| | |
|---|---|
| RODERICK V. HANNAH, ESQ., P.A<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>Telephone: 954.362.3800<br>Facsimile: 954.362.3779<br><br>*s/ Roderick Hannah*<br>Roderick V. Hannah, Esq.<br>Florida Bar No. 435384<br>rhannah@rhaannahlaw.com<br><br>Law Office of Pelayo Duran, P.A<br>4640 N.W. 7th Street<br>Miami, Florida 33126-2309<br>Telephone: 305.266-9780<br>Facsimile: 305.269.8311 | OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART, P.C.<br>9130 S. Dadeland Boulevard, Suite 1625<br>Miami, FL 33156<br>Telephone: 305.374.0506<br>Facsimile: 305.374.0456<br><br>*s/ Paul De Boe*<br>Paul J. De Boe, Esq.<br>Florida Bar No. 52051<br>paul.deboe@ogletreedeakins.com<br><br>*Counsel for Defendant* |

*s/ Pelayo Duran*
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
pduran@pelayodural.com

*Counsel for Plaintiff*